**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 20, 2007

# NOTICE OF DEFICIENCY REGARDING CORPORATE/ CONFLICT STATEMENT

**To Plaintiffs:** Patricia Mallory
Hollis Casey
Vanessa Jones
Vaughn Thomas

**From:** Clerk's Office

**Case Style:** Patricia Mallory, et al. v. Dillard's , Inc.
**Case Number:** 2:07-cv-1003-MEF

**Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1, and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.**

**No corporate/conflict disclosure statement has been filed by the plaintiffs in this action.**

**This deficiency must be corrected within ten (10) days from this date. Please refer to attachment.**