IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA MALLORY, *et al*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) CASE NO. 2:07-cv-1003-MEF |
| | ) |
| v. | ) |
| | ) |
| DILLARD'S, INC., | ) |
| | ) |
| Defendant. | ) |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, **Patricia Mallory**, a Plaintiff in the above-captioned matter, hereby makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                     Relationship to Party
_____               _____

11/30/07
Date

/s W. Percy Badham
W. Percy Badham (BAD002)

/s Jessica S. Grover
Jessica S. Grover (STE159)

/s Kem L. Marks
Kem L. Marks (MAR150)
Attorneys for Plaintiffs Patricia Mallory *et al.*

01573605.DOC                          1

<u>OF COUNSEL</u>
MAYNARD, COOPER & GALE, P.C.
1901 6th Avenue North
AmSouth/Harbert Plaza, Ste. 2400
Birmingham, Alabama 35213-2618
Telephone (205) 254-1000
Facsimile (205) 254-1999

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of November 2007, I filed the foregoing Corporate/Conflict Disclosure Statement with the Clerk of Court using CM/ECF to serve the following counsel of record:

Brain R. Bostick
Timothy A. Palmer
Veronica L. Merritt
Sandra B. Reiss
**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118

I also certify that the foregoing document has been served upon the following counsel of record by placing a copy of same in the United States Mail, properly addressed and postage prepaid.

A. Craig Cleland
**Ogletree, Deakins, Nash, Smoak & Stewart, PC**
2100 Bank of American Plaza
600 Peachtree Street NE
Atlanta, GA 30308

/s Kem L. Marks
OF COUNSEL