IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PATRICIA MALLORY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-1003-MEF |
| | ) | |
| DILLARD'S, INC., | ) | |
| | ) | |
| Defendant, | ) | |

**CORPORATE DISCLOSURE STATEMENT**

COMES NOW **Dillard's, Inc.,** Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| BAC PROP LLC | Subsidiary |
| BTK Development LLC | Subsidiary |
| CDI Contractors, Inc. (not wholly owned) | Subsidiary |
| CDI Contractors LLC (not wholly owned) | Subsidiary |
| California DSS, Inc. | Subsidiary |
| Condev Mission, Inc. | Subsidiary |
| Condev Nevada, Inc. | Subsidiary |
| Construction Developers, Incorporated | Subsidiary |
| D-Serf Company, LLC | Subsidiary |
| Dillard Credit Corp. | Subsidiary |
| Dillard International, Inc. | Subsidiary |
| Dillard Investment Co., Inc. | Subsidiary |
| Dillard Store Services, Inc. | Subsidiary |
| Dillard Tennessee Operating Limited Partnership | Subsidiary |
| Dillard Texas LLC | Subsidiary |
| Dillard Travel, Inc. | Subsidiary |
| Dillard's Dollards, Inc. | Subsidiary |
| Dillard's Utah, Inc. | Subsidiary |

| | |
|---|---|
| FlatIron Holding LLC | Subsidiary |
| Gayfer's Montgomery Fair Co. | Subsidiary |
| The Higbee Company | Subsidiary |
| Ishawn Beauty School, Inc. | Subsidiary |
| Maison Blanche, Ltc. | Subsidiary |
| The Mercantile Foundation | Subsidiary |
| Mercantile Logistics Company, Inc. | Subsidiary |
| Mecantile Stores Company, Inc. (N.Y.) | Subsidiary |
| Mersco Crestview Mall Inc. | Subsidiary |
| Mersco Jublilee Mall, Inc. | Subsidiary |
| Mersco Metro North Inc. | Subsidiary |
| Mersco S-S-C Inc. | Subsidiary |
| Mersco Serf Inc. | Subsidiary |
| Mersco Westminister Mall Inc. | Subsidiary |
| Pulaski Realty Company | Subsidiary |
| Serf Corporation | Subsidiary |
| U.S. Alpha, Inc. | Subsidiary |
| UT Center, Inc. | Subsidiary |
| 456 Park LLC | Subsidiary |

November 30, 2007

/s/ Timothy A. Palmer_____
OGLETREE, DEAKINS, NASH, SMOAK
  & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 328-1900

Attorney for Dillard's, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of November, 2007, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Patrick C. Cooper, W. Percy Badham, III, Robert W. Tapscott, Jr., Kem L. Marks, Jessica Stetler Grover, and Randall Stark Haynes.

/s/ Timothy A. Palmer_____
OGLETREE, DEAKINS, NASH, SMOAK
  & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 328-1900
Facsimile: (205) 328-6000