# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| PATRICIA MALLORY, et al., ) | |
| ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. |
| ) | 2:07-cv-1003-MEF |
| v. ) | |
| ) | |
| DILLARD'S, Inc. ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.1(b), A. Craig Cleland of the law firm of Ogletree Deakins, Nash, Smoak & Stewart, P.C. hereby moves for admission to the bar of this Court *pro hac vice* in connection with the firm's representation of the defendant in this action. Attached hereto is a Certificate from the U.S. District Court for the Northern District of Georgia certifying that A. Craig Cleland is a member in good standing.

    Respectfully submitted,
    /s/ A. Craig Cleland
    A. Craig Cleland
    Bar Number: 129825
    OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.
    600 Peachtree Street, N.E., Suite 2100
    Atlanta, Georgia 30308
    Telephone: (404) 881-1300
    Facsimile: (404) 870-1732
    craig.cleland@ogletreedeakins.com

2

        <u>s/Timothy A. Palmer</u>
        Timothy A. Palmer
        Brian R. Bostick
        Veronica L. Merritt
        OGLETREE, DEAKINS, NASH, SMOAK
          & STEWART, P.C.
        One Federal Place
        Suite 1000
        1819 Fifth Avenue North
        Birmingham, AL 35203-3204
        (205) 328-1900
        tim.palmer@odnss.com

        Attorneys for Defendant,
        Dillard's, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December 2007, I electronically filed the foregoing Motion for Admission *Pro Hac Vice* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Patrick C. Cooper, W. Percy Badham, III, Robert W. Tapscott, Jr., Kem L. Marks, Jessica Stetler Grover, and Randall Stark Haynes.

s/ Timothy A. Palmer
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205)328-1900
Facsimile: (205)328-6000
tim.palmer@odnss.com

# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **Anthony Craig Cleland, State Bar No. 129825,** was duly admitted to practice in said Court on April 24, 1995, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 27th day of November, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Cheryl Goins
Deputy Clerk

