```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001434
Cashier ID: cstrecke
Transaction Date: 12/06/2007
Payer Name: OGLETREE DEAKINS NASH SMOAK
-----------------------------------
ATTORNEY ADMISSIONS - LOCAL
 For: CRAIG CLELAND
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $20.00
-----------------------------------
CHECK
 Remitter: OGLETREE DEAKINS NASH
 Check/Money Order Num: 11007159
 Amt Tendered:   $20.00
-----------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00
```

DALM207CV001003-MEF

MOT/PHV CRAIG CLELAND

OGLETREE DEAKSIN NASH

ONE FEDERAL PLACE SUITE 1000

1819 5TH AVE NORTH

BIRMINGHAM, AL  35203-2118