IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PATRICIA MALLORY, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:07-cv-1003-MEF |
| ) | |
| DILLARD'S, INC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the Motion for Admission of A. Craig Cleland *Pro Hac Vice* (Doc. #18) filed on December 4, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 13th day of December, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE