IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **PATRICIA MALLORY, et al.,** )<br>)<br>    **Plaintiff,** )<br>) | |
| ) | **CIVIL ACTION NUMBER:** |
| v. ) | **2:07-cv-1003-MEF** |
| ) | |
| **DILLARD'S, INC.,** )<br>) | |
| **Defendants.** ) | |

### REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f) a meeting was held on **December 19, 2007**, and was attended by:

    Kem L. Marks for Plaintiffs, and

    Brian R. Bostick for Defendant Dillard's, Inc.

2. **Pre-Discovery Disclosures.**  The parties have already exchanged the information required by Fed. R. Civ. P. 26(a).

3. **Discovery Plan.**  The parties jointly propose to the Court the following discovery plan:

    • Discovery has already been completed.

    • Reports from retained experts under Rule 26(a)(2) due:

    The parties have already identified the expert witnesses to testify in the case.

    • Supplementations under Rule 26(e) due: The parties have already supplemented their Initial Disclosures.

4.      **Other Items.**

•       The parties do not request a conference with the Court before entry of the scheduling order.

•       The parties request a pretrial conference in **April, 2008**.

•       The deadline to join additional parties and to amend the pleadings has already passed.

•       All potentially dispositive motions have been previously filed and ruled upon.

•       The parties are conducting a mediation on **December 20, 2007**.

•       Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

From Plaintiff by: **40** days prior to trial

From Defendants by: **30** days prior to trial

•       Parties should have **10** days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

•       The case should be ready for trial on the Court's **June 4, 2008**, docket and at this time is expected to take approximately **2-3** days to try the case.

Respectfully submitted this the 19th day of December, 2007,

| | |
|---|---|
| /s/ Kem L. Marks | /s/ Brian R. Bostick |
| Kem L. Marks | OGLETREE, DEAKINS, NASH, |
| Maynard, Cooper & Gale, P.C. | SMOAK & STEWART, P.C. |
| 1901 6th Avenue North | One Federal Place, Suite 1000 |
| AmSouth/Harbert Plaza, Suite 2400 | 1819 Fifth Avenue North |
| Birmingham, Alabama 35213-2618 | Birmingham, Alabama 35203 |
| Telephone (205) 254-1000 | Telephone: (205)328-1900 |
| | Facsimile: (205)328-6000 |
| **One of the Attorneys for Plaintiffs** | brian.bostick@odnss.com |
| | |
| | **One of the Attorneys for Defendant Dillard's, Inc.** |