#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE MIDDLE DISTRICT OF ALABAMA
#### NORTHERN DIVISION

| | |
|---|---|
| **PATRICIA MALLORY, et al.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NUMBER:** |
| v. ) | **2:07-cv-1003-MEF** |
| ) | |
| **DILLARD'S, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

### CORRECTED JOINT STIPULATION OF DISMISSAL
### AND MOTION FOR ENTRY OF JUDGMENT

COME now Plaintiffs Patricia Mallory, Vaughan Thomas, and Vanessa Jones, and the Defendant, Dillard's, Inc. and move this Court pursuant to Fed.R. Civ.P. 41(a)(1)(ii) and 54(b) to dismiss the claims of each of these Plaintiffs against Defendant with prejudice. This dismissal will resolve all claims in this matter except those asserted by Plaintiff Hollis Casey. The parties hereby jointly request that the Court enter an order certifying this dismissal as final pursuant to Fed.R.Civ.P. 54(b) and requests that the Court make an express finding in its order that there is no just reason for delay and direct that the claims of Plaintiffs Patricia Mallory, Vaughan Thomas, and Vanessa Jones be dismissed with prejudice. The claims of each of these Plaintiffs may be dismissed, with prejudice, with each party

to bear her or its own costs.  Dillard's reserves the right to pursue the recovery of all costs against Hollis Casey if it prevails on her claims.

THIS WILL CERTIFY THAT ALL PARTIES HAVE AGREED TO THE ABOVE AND HAVE AGREED THAT BRIAN R. BOSTICK WILL E-FILE THE FOREGOING JOINT STIPULATION OF DISMISSAL AND MOTION FOR ENTRY OF JUDGMENT.

This 31st day of January, 2008.

| | |
|---|---|
| *s/ W. Percy Badham, III* | *s/ Brian R. Bostick* |
| Patrick C. Cooper | Timothy A. Palmer |
| W. Percy Badham, III | Brian R. Bostick |
| Kem L. Marks | **OGLETREE, DEAKINS, NASH, SMOAK** |
| **MAYNARD, COOPER & GALE, P.C.** | **& STEWART, P.C.** |
| 2400 AmSouth/Harbert Plaza | One Federal Place, Suite 1000 |
| 1901 6th Avenue North | 1819 Fifth Avenue North |
| Birmingham, Alabama 35203-2602 | Birmingham, Al 35203 |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendant Dillard's, Inc. |