## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **HOLLIS CASEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **CIVIL ACTION NUMBER:** |
| v. | ) **2:07-cv-1003-MEF** |
| | ) |
| **DILLARD'S, INC.,** | ) |
| | ) |
| **Defendants.** | ) |

## JOINT STIPULATION OF DISMISSAL

COME now the sole remaining Plaintiff, Hollis Casey, and the Defendant, Dillard's, Inc., and move this Court pursuant to Fed.R.Civ.P. 41(a)(1)(ii) to dismiss the claims of Plaintiff against Defendant with prejudice, each party to bear her or its own costs and attorneys' fees.

THIS WILL CERTIFY THAT ALL PARTIES HAVE AGREED TO THE ABOVE AND HAVE AGREED THAT BRIAN R. BOSTICK WILL E-FILE THE FOREGOING JOINT STIPULATION OF DISMISSAL AND MOTION FOR ENTRY OF JUDGMENT.

This the 22nd day of February, 2008.

*s/ Kem L. Marks*
Patrick C. Cooper
Kem L. Marks
**MAYNARD, COOPER & GALE, P.C.**
2400 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, Alabama 35203-2602

Attorneys for Plaintiffs

*s/ Brian R. Bostick*
Timothy A. Palmer
Brian R. Bostick
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Al 35203

Attorneys for Defendant Dillard's, Inc.